IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DAVID JOSEPH GRAYSON,

    Plaintiff,

v.

STATE OF WISCONSIN, et al.,

    Defendants.

ORDER

Case No. 19-cv-249-wmc

*Pro se* plaintiff David Joseph Grayson filed this complaint against various employees of the State of Wisconsin pursuant to 42 U.S.C. § 1983. Grayson filed a motion for leave to proceed in forma pauperis, and the court took his complaint under advisement for screening. However, on May 21, 2019, Grayson filed a notice of voluntary dismissal. Then, on May 24, 2019, Grayson filed a motion to dismiss this case and to refund the filing fee owed in this case. (Dkt. #8.) Since that time, the court has learned that the full filing fee has been paid. However, the court concludes that because Grayson filed his motion so shortly after this lawsuit commenced, he should receive a refund of the filing fee in this case. Accordingly,

ORDER

IT IS ORDERED that plaintiff David Joseph Grayson's motion to dismiss this case and for a refund of the filing fee (dkt. ##8, 12) is GRANTED.

Entered this 6th day of February, 2020.

BY THE COURT:
/s/
WILLIAM M. CONLEY
District Judge